ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Axxon International, LLC | ) ASBCA No. 59271 |
| | ) |
| Under Contract No. N00244-12-C-0031 | ) |

APPEARANCE FOR THE APPELLANT:  Eric Lee, Esq.
 Lee & Amtzis, P.L.
 Boca Raton, FL

APPEARANCES FOR THE GOVERNMENT:  Ronald J. Borro, Esq.
 Navy Chief Trial Attorney
 M. Lee Cording, Esq.
 Assistant Counsel
 NAVSUP Fleet Logistics Center
 San Diego, CA

DISMISSAL

Pursuant to appellant's 26 June 2014 Notice of Voluntary Dismissal with Prejudice, and to the settlement of this appeal, this appeal is hereby dismissed with prejudice.

Dated:  1 July 2014

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59271, Appeal of Axxon International, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals